**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| Tiffany Perkins | ) | Case No. 24-11669 | |
| | ) | | |
| Debtor(s) | ) | CHAPTER 7 | |
| | ) | | |
| | ) | Judge Jacqueline P. Cox | |

## **NOTICE OF MOTION**

TO:

Karen Goodman, Trustee (via electronic notice)

United States Trustee (via electronic notice)

Tiffany Perkins, 110 Forest Edge Drive, Palos Park, IL 60464

See attached list of all creditors

     PLEASE TAKE NOTICE that on **September 3, 2024**, at **1:00 p.m.**, I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the Debtors' Motion to Extend Automatic Stay, a copy of which is attached.

     **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

     **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

     **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

     **Meeting ID and passcode**. The meeting ID for this hearing is 161 273 2896, and the passcode is 778135. The meeting ID and passcode can also be found on the judge's page on the court's web site.

     **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                              /s/ Xiaoming Wu

        Xiaoming Wu
        Borges & Wu, LLC
        Attorneys at Law
        53 W. Jackson, Suite 462
        Chicago, IL 60604
        T: 312.853.0200
        F: 312.873.4693

## **CERTIFICATE OF SERVICE**

      I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above on August 16, 2024 before 6:00 p.m., except that the trustee, U.S. Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

        /s/ Xiaoming Wu
        Xiaoming Wu

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Tiffany Perkins | ) | Case No. 24-11669 |
| | ) | |
| Debtor(s) | ) | CHAPTER 7 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |

## MOTION TO EXTEND AUTOMATIC STAY

The debtor, by and through counsel, and in support of her Motion to Extend the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3)(B), states to the court as follows:

1. The court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The debtor filed a petition for relief and a plan under Chapter 7 of the Bankruptcy Code on 8/10/2024.

4. The debtor had a prior bankruptcy case dismissed within the preceding year, *In Re: Tiffany Perkins*, Case No. 23-15444, filed on 11/16/23 with the Bankruptcy Court in the Northern District of Illinois, Eastern Division and dismissed on 4/1/24 for failure to pay the filing fee.

5. When the debtor filed the prior case, she was ineligible for Chapter 7 relief due to a Chapter 7 case filed on 5/17/2016.

6. The debtor is now eligible for Chapter 7 bankruptcy.

7. The debtor has paid the filing fee in full in this case.

8. This change will allow for the debtor's current case to be successful where her previous case failed.

9. The debtor has had a substantial change in financial and/or personal affairs since the dismissal of the previous case that will effectively rebut the presumption of this case not being filed in good faith pursuant to 11 U.S.C. § 362(c)(3)(C) by clear and convincing evidence.  See the attached Affidavit.

10. Copies of Schedules I and J from the previous case and the current case are attached hereto, marked as Exhibits A & B respectively.

WHEREFORE, the debtor requests that the court enter an order extending the Automatic Stay as to all creditors for the duration of this Chapter 7 bankruptcy, and grant the debtor such other relief as just and proper.

Respectfully submitted,

/s/ Xiaoming Wu
Xiaoming Wu
Borges & Wu, LLC
Attorneys at Law
53 W. Jackson, Suite 462
Chicago, IL 60604
T: 312.853.0200
F: 312.873.4693